FILED
CLERK, U.S. DISTRICT COURT

JUL 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 08 - 1737 M |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| | ) Allegations of Violations of Probation |
| Juan Angel Espinoza, | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  ( )  the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Violation from S.D.C.A.
- Lack of Ties to Community

IT IS ORDERED that defendant be detained.

DATED: 7/23/08

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2